FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:25-CR-00010-RLP-1 |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE |
| v. | |
| KAYLA TONASKET, | |
| Defendant. | |

Before the Court is Defendant KAYLA TONASKET's Unopposed Motion to Modify Conditions of Pretrial Release. **ECF No. 21**.

**IT IS HEREBY ORDERED:**

Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, **ECF No. 21**, is hereby **GRANTED**. Condition No. 14 of the Court's Order Following Initial Appearance and Arraignment on Indictment, ECF No. 20, is hereby **STRICKEN**. All other conditions of pretrial release shall remain in effect.

**IT IS SO ORDERED.**

DATED March 7, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1