FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>KAYLA TONASKET,<br><br>            Defendant. | No.   2:25-CR-00010-RLP-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the court is Defendant Kayla Tonasket's Unopposed Motion to Modify Conditions of Release, ECF No. 62. Ms. Tonasket requests that the Court modify her conditions of release to allow contact with victim "M.T.". The motion represents that the Government and M.T. do not oppose the request.

The Court has reviewed the file, is fully informed, and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**.

1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 62**, is **GRANTED.**

2. General Condition No. 9 of the Order Following Initial Appearance and Arraignment on Indictment, ECF No. 20, is MODIFIED to permit contact with M.T.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE * 1

General Condition No. 9 otherwise remains unchanged and fully enforceable.

3. All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the U.S. Marshal.

**DATED** January 29, 2026.

REBECCA L. PENNELL
United States District Judge